UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

JAMES SOPER,

               Plaintiff,

    v.

NEUROLOGICA CORP and STEPHEN HAMLET, in his individual capacity,

               Defendants.

Civil Action No.:
5:21-cv-01128 (FJS/TWD)

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HERBEY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendants who have been served with process and who have appeared in the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 21, 2022               Dated: September 21, 2022

*ATTORNEYS FOR PLAINTIFF*            *ATTORNEYS FOR DEFENDANTS*

By: */s/ Russell G. Wheeler*               By: */s/ Kristi Rich Winters*
    Russell G. Wheeler, Esq.                  Kristi Rich Winters, Esq.
    Charny & Wheeler                         JACKSON LEWIS P.C.
    9 West Market Street                    677 Broadway, 9th Floor
    Rhinebeck, NY 12572                   Albany, NY 12207
    T: 845-876-7500                           T: 518-512-8700 / F: 518-242-7730
    rwheeler@charnywheeler.com         kristi.winters@jacksonlewis.com

Date: September 22, 2022
IT IS SO ORDERED.

                                           Frederick J. Scullin, Jr.
                                           Senior United States District Judge